# EXHIBIT A

# PHOTOGRAPH

